```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WANDA E. MENDEZ,                 )
                                 )  Civil Action
            Plaintiff            )  No. 04-CV-01095
                                 )
       vs.                       )
                                 )
PILGRIM'S PRIDE CORPORATION,     )
                                 )
            Defendant            )
```

O R D E R

NOW, this 25th day of August 2005, upon consideration of Defendant's Motion for Summary Judgment filed November 15, 2004; upon consideration of the Memorandum in Support of Defendant's Motion for Summary Judgment filed November 15, 2004; upon consideration of Wanda E. Mendez's Brief in Opposition to Defendant's Motion for Summary Judgment filed December 1, 2004; and for the reasons contained in the accompanying Memorandum,

IT IS ORDERED that Defendant's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that plaintiff's Complaint is dismissed.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge